IN RE:                      FILED            CASE NO. 05-81266-S

RENETTA D. MULL-OTIS     2010 OCT 26 AM 11:52     CHAPTER 7

         Debtor        U.S. BANKRUPTCY COURT    REPORT OF DIVIDEND
                       NORTHERN DISTRICT OF OHIO   <u>UNDER FIVE DOLLARS</u>
                              AKRON

     Harold A. Corzin, Trustee herein, reports that check #105 in the amount of $18.55 was issued on October 13, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                                   Amt. of Dividend

| Claim | Creditor | Amount |
|---|---|---|
| Claim #4 | Capital One Bank<br>c/o Tsys Debt Management<br>P.O. Box 5155<br>Norcross, GA 30091 | $ 4.69 |
| Claim #5 | CHARMING SHOPPES-FASHION BUG<br>FIRST EXPRESS<br>PO BOX 856021<br>LOUISVILLE, KY 40285 | $ 1.07 |
| Claim #7 | Credit Solutions Corporation<br>9577 Chesapeake Dr<br>San Diego, CA 92137 | $ 3.31 |
| Claim #10 | MONTGOMERY WARD<br>GE MONEY BANK<br>PO BOX 103104<br>ROSWELL, GA 30076 | $ 3.13 |
| Claim #11 | Asset Acceptance<br>Po Box 2036<br>Warren, MI 48090 | $ 4.75 |
| Claim #12 | Asset Acceptance<br>Po Box 2036<br>Warren, MI 48090 | $ 1.60 |
| TOTAL: | | $ 18.55 |

*ck # 105*
*receipt # 81874*

>                                        _____
>                                        HAROLD A. CORZIN, TRUSTEE
>                                        304 N. Cleveland-Massillon Rd.
>                                        Akron, Ohio 44333
>                                        (330) 670-0770

October 20, 2010